IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SCOTTO, | No. C 06-1141 SBA |
|        Plaintiff. | **ORDER** |
|   v. | |
| PACIFIC STATES AVIATION, INC., | |
|        Defendant. | |

On February 16, 2006, plaintiff Vincent Scotto ("Plaintiff") filed a Complaint against defendant Pacific States Aviation, Inc. ("Defendant") for alleged violations of 42 U.S.C. § 12101, the Americans with Disabilities Act. On the same day, the Court issued its Scheduling Order pursuant to General Order 56. Pursuant to the Scheduling Order, Plaintiff was to complete service on Defendant by April 17, 2006.

On March 23, 2006, the parties filed a Stipulation extending the deadline for Defendant to file an answer or response to the Complaint to April 12, 2006.

To date, Defendant has not answered or otherwise responded to the Complaint.

Accordingly,

IT IS HEREBY ORDERED THAT Defendant shall respond to the Complaint **on or before May 31, 2006** or shall be subject to an order to show cause as to why sanctions should not issue or default should not be entered.

IT IS SO ORDERED.

Dated: 5/15/06

SAUNDRA BROWN ARMSTRONG
United States District Judge